[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 99-12813

_____

D.C. Docket No. 97-01421-CV-D-N

JOE MARSH, LEROY OWENS,

                                        Plaintiffs-Appellants,

        versus

BUTLER COUNTY, ALABAMA, THE BUTLER
COUNTY COMMISSION, et al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(Opinion September 7, 2000, ___ F.3d ____, 11th Cir., 2000)

(December 4, 2000)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether rehearing should be granted, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.